UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 0 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JULIO LOPEZ-DELEON (1),<br><br>　　　　　　　　Defendant. | CASE NO. 16CR2082-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Information:

8 USC 1326 - REMOVED ALIEN FOUND IN THE UNITED STATES
_____

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/10/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　　　　　U.S. District Judge